UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHELIA ANN LAWRENCE,<br><br>              Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>              Defendant. | CASE NO. 3:20-cv-05673-BAT<br><br>**ORDER REVERSING AND REMANDING** |

      Based on the stipulation of the parties (Dkt. 12), it is **ORDERED** that the above-captioned case is **REVERSED** and **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Administrative Law Judge will (1) evaluate the opinion of physician's assistant Deanne Asbelle, PA-C; and (2) reassess the residual functional capacity and issue a new decision.

      Upon proper presentation, this Court will consider Plaintiff's application for cost and attorney's fees under 28 U.S.C. § 4212(d).

      DATED this 4th day of January, 2021.

                                                           BRIAN A. TSUCHIDA
                                                           Chief United States Magistrate Judge